Marc D. Haefner
Patrick S. Salamea
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
Ph:    973-757-1100

*Counsel for Defendant,*
*Beerdy Shipping (Singapore) Pte. Ltd.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IMTT-Bayonne LLC, | |
| Plaintiff, | Civil Action No.: 26-cv-02222-JNX-CF |
| v. | |
| BEERDY SHIPPING (Singapore) Pte. Ltd.., *in personam*; M/V LIGURIAN SEA (IMO No. 9577032), her engines, tackle, equipment, furniture, appurtenances, etc., *in rem*; A.P. Moller Singapore Pte. Lte., *in personam*; and M/V POLAR ECUADOR (IMO No. 9786774), her engines, tackle, equipment, furniture, appurtenances, etc., *in rem*, | **IN ADMIRALTY** |
| | *Electronically Filed* |
| Defendants. | |
| ------------------------------------- | |
| BEERDY SHIPPING (Singapore) Pte. Ltd., | |
| Counterclaim Plaintiff/ Crossclaim Plaintiff | |
| v. | |
| IMTT-Bayonne LLC, | |

Counterclaim Defendant,

and

A.P. Moller Singapore Pte. Lte., *in personam*; and M/V POLAR ECUADOR (IMO No. 9786774), her engines, tackle, equipment, furniture, appurtenances, etc., *in rem*,

Crossclaim Defendants.

---

**DEFENDANT/COUNTERCLAIM AND CROSSCLAIM PLAINTIFF
BEERDY SHIPPING (SINGAPORE) PTE. LTD.'S
FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT**

Beerdy Shipping (Singapore) Pte. Ltd. states that no publicly held corporation owns 10% or more of its stock.

| | |
|---|---|
| J. Stephen Simms | WALSH PIZZI O'REILLY FALANGA LLP |
| (*pro hac vice* forthcoming) | |
| Gary C. Murphy | By: */s/ Marc D. Haefner* |
| (*pro hac vice* forthcoming) | Marc D. Haefner |
| Simms Showers LLP | Patrick S. Salamea |
| 201 International Circle | Three Gateway Center |
| Baltimore, Maryland 21030 | 100 Mulberry Street, 15th Floor |
| Ph. 443-290-8704 | Newark, New Jersey 07102 |
| jsssimms@simmsshowers.com | Ph:    973-757-1100 |
| gcmurphy@simmsshowers.com | MHaefner@walsh.law |
| | PSalamea@walsh.law |

*Counsel for Beerdy Shipping (Singapore) Pte. Ltd.*

Dated: June 1, 2026