# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| IMTT-Bayonne LLC,<br><br>    Plaintiff/Counterclaim Defendant<br><br>v.<br><br>BEERDY SHIPPING (Singapore) Pte. Ltd., *in personam*; M/V LIGURIAN SEA (IMO No. 9577032), her engines, tackle, equipment, furniture, appurtenances, etc., *in rem*; A.P. Moller Singapore Pte. Lte., *in personam*; and M/V POLAR ECUADOR (IMO No. 9786774), her engines, tackle, equipment, furniture, appurtenances, etc., *in rem*,<br><br>    Defendants *et al*. | Civil Action No.: 26-cv-02222-JXN-CF<br><br><br>**IN ADMIRALTY**<br><br><br>*Electronically Filed*<br><br><br>**JOINT PROPOSED DISCOVERY PLAN** |

1. Set forth the name of each attorney appearing, the firm name, address and telephone number and facsimile number of each, designating the party represented.

## IMTT-BAYONNE LLC Counsel

| | |
|---|---|
| William R. Bennett, III<br>Blank Rome LLP<br>1271 Avenue of Americas<br>New York, NY 10020<br>212-885-5000<br>Fax: 212-885-5001 | Holli Bastinck Packer<br>Blank Rome LLP<br>One Logan Square<br>130 N 18th Street<br>Philadelphia, PA 19103<br>215-569-5488<br>Fax: 215-754-1730 |

A. P. MOLLER SINGAPORE PTE, LTE and
M/V POLAR ECUADOR (IMO No. 9786774), *in rem* Counsel

William Joseph Pallas, III
Freehill, Hogan & Mahar LLP
549 Summit Avenue
Jersey City, NJ 07306
(201) 623-5514

Evan Lance Goldschlag
Freehill, Hogan & Mahar LLP
80 Pine Street, 25th Floor
New York, NY 10005
212-425-1900

BEERDY SHIPPING (Singapore) PTE Counsel

Marc D. Haefner
Patrick S. Salamea
Walsh Pizzi O'Reilly Falanga LLP
Three Gateway Center
100 Mulberry Street
15th Floor
Newark, NJ 07102
(973) 757-1100

J. Stephen Simms
Gary C. Murphy
Simms Showers LLP
201 International Circle
Baltimore, Maryland 21030
(443) 290-8704
Fax (410) 510-1789

2.    Set forth a brief description of the case, including the causes of action and defenses asserted.

This is an admiralty and maritime case pursuant to 28 U.S.C. § 1333 and Rule 9(h) of the Federal Rules of Civil Procedure.

Plaintiff/Counterclaim Defendant IMTT Bayonne LLC operates Pier A at its facility in Bayonne, New Jersey.

Defendant Beerdy Shipping (Singapore) Pte. ("Beerdy") was at all relevant times the owner of the M/V LIGUERIAN SEA.

Defendant A. P. MOLLER SINGAPORE PTE, LTE ("A.P. Moller") was at all relevant times the owner M/V POLAR ECUADOR.

IMTT has alleged that on August 21, 2024, the M/V LIGUERIAN SEA was moored at IMTT's Pier A when the M/V POLAR ECUADOR passed the facility at

a close distance and a high speed, generating a wake hitting the M/V LIGUERIAN SEA.

IMTT further alleges that as a result, the M/V LIGUERIAN SEA shifted and caused damage to IMTT's loading arm and associated equipment. The alleged damage totals no less than $571,085.82 plus loss of use.

IMTT asserts that the M/V POLAR ECUADOR created an undue wake while passing Pier A at IMTT, and/or that M/V LIGURIAN SEA was improperly secured to the Pier A, which ultimately caused damages to IMTT's equipment.

A.P. Moller asserts that either the IMTT pier and/or fixtures were faulty and/or that the M/V LIGURIAN SEA was improperly secured to the pier.

Beerdy asserts that the M/V POLAR ECUADOR created an undue wake while passing the IMTT pier, and/or that the IMTT pier or fixtures, or IMTT instructions to the M/V LIGURIAN SEA to secure to the pier, were faulty.

Beerdy further alleges that due to the surging and lines parting of the M/V LIGURIAN SEA, she sustained damage, including but not limited to, damage to her portable gangway and portable gangway stepladder, interruption of discharge, delay, tug expense, port expense, pilotage, inspections, superintendent attendance, bunker consumption, laytime and/or demurrage exposure, and other consequential losses.

Each party asserts the negligence of the other party as defenses.

3.    No settlement discussions have taken place.

4.    The parties have met pursuant to Fed. R. Civ. P. 26(f).

5.    The parties have not exchanged the information required by Fed. R. Civ. P. 26(a)(1) but will do that by or before July 3, 2026.

6.    Explain any problems in connection with completing the disclosures required by Fed. R. Civ. P. 26(a)(1):

None anticipated.

7.      The parties have not filed disclosures of third-party litigation funding. See Local Civil Rule 7.1.1, however, state that there is no third-party litigation funding.

8.      The parties have not conducted discovery.

9.      Proposed discovery plan:

(a) Discovery is needed as set out in the brief description of the case, above.

(b) Discovery should not be conducted in phases or be limited to particular issues because the issues, including alleged damages, are interrelated.

(c) Proposed schedule:

(1) Service of Fed. R. Civ. P. 26 initial disclosures by July 17, 2026.

(2) E-Discovery conference pursuant to L. Civ. R. 26.1(d) to be held by July 3, 2026.

(3) Service of initial written discovery requests by July 3, 2026.

(4) Maximum of 25 Interrogatories by each party to each other party.

(5) Maximum of 10 depositions to be taken by each party.

(6) Motions to amend or to add parties to be filed by October 30, 2026.

(7) Factual discovery to be completed by December 16, 2026.

(8) All parties' initial expert reports due on January 30, 2027.

(9) All parties' responding expert reports due on March 31, 2027.

(10) Expert discovery, including all expert depositions, to be completed by April 30, 2027.

(11) Dispositive motions to be served within 60 days of completion of discovery.

(d) Set forth any special discovery mechanism or procedure requested

None.

(e) A pretrial conference may take place on _____.

(f) Trial date _____ (_____ Jury Trial;__X__ Non-Jury Trial).

10.    Do you anticipate any special discovery needs (i.e., videotape/telephone depositions, problems with out-of-state witnesses or documents, etc.)?

Yes. To the extent that witnesses from overseas and on the vessel are required, the parties will work towards using more cost effective and efficient means to take testimony, including video/telephone depositions, if necessary. The parties may also video record the depositions.

11.    Do you anticipate any issues about disclosure or discovery of electronically stored information, including the form or forms in which it should be produced?

No.

12.    Do you anticipate entry of a Discovery Confidentiality Order? See L. Civ. R. 5.3(b) and Appendix S.

Yes.

13.    Do you anticipate any discovery problem(s) not listed above? Describe.

No.

14.    State whether this case is appropriate for voluntary arbitration (pursuant to Local Civil Rule 201.1 or otherwise) or mediation (pursuant to Local

Civil Rule 301.1 or otherwise). If not, explain why and state whether any such procedure may be appropriate at a later time (i.e., after exchange of pretrial disclosures, after completion of depositions, after disposition or dispositive motions, etc.).

The case is not appropriate for voluntary arbitration because the issues and law are appropriate for this Court to decide.  Voluntary mediation is appropriate after completion of any dispositive motions or as determined earlier by the parties.

15.    Is this case appropriate for bifurcation?

No.

16.    An interim status/settlement conference (with clients in attendance), should be held 30 days in advance of any trial or as requested by the parties.

17.    We do not consent to the trial being conducted by a Magistrate Judge.

18.    Identify any other issues to address at the Rule 16 Scheduling Conference.

None.

IMTT-BAYONNE LLC Counsel

/s/ William R. Bennett III
William R. Bennett, III
Blank Rome LLP
1271 Avenue of Americas
New York, NY 10020
Tel: 212-885-5000
william.bennett@blankrome.com

/s/ Holli Bastinck Packer
Holli Bastinck Packer
Blank Rome LLP
One Logan Square
130 N 18th Street
Philadelphia, PA 19103
Tel: 215-569-5488
holli.Packer@BlankRome.com

A. P. MOLLER SINGAPORE PTE, LTE and
M/V POLAR ECUADOR (IMO No. 9786774), *in rem* Counsel

/s/ William Joseph Pallas, III
William Joseph Pallas, III
Freehill, Hogan & Mahar LLP
549 Summit Avenue
Jersey City, NJ 07306
Tel: 201-623-5514
pallas@freehill.com

/s/ Evan Lance Goldschlag
Evan Lance Goldschlag
Freehill, Hogan & Mahar LLP
80 Pine Street, 25th Floor
New York, NY 10005
Tel: 212-425-1900
goldschlag@freehill.com

BEERDY SHIPPING (Singapore) PTE Counsel

J. Stephen Simms
(*pro hac vice* forthcoming)
Gary C. Murphy
(*pro hac vice* forthcoming)
Simms Showers LLP
201 International Circle
Baltimore, Maryland 21030
Ph. 443-290-8704
jsssimms@simmsshowers.com
gcmurphy@simmsshowers.com

WALSH PIZZI O'REILLY
FALANGA

By: /s/ Marc D. Haefner
Marc D. Haefner (048051944)
Patrick S. Salamea (309512020)
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
Tel: 973-757-1100
MHaefner@walsh.law
PSalamea@walsh.law

Dated: June 11, 2026