## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

IMTT-Bayonne LLC,

    Plaintiff/Counterclaim Defendant

v.

BEERDY SHIPPING (Singapore) Pte. Ltd., *in personam*; M/V LIGURIAN SEA (IMO No. 9577032), her engines, tackle, equipment, furniture, appurtenances, etc., *in rem*; A.P. Moller Singapore Pte. Lte., *in personam*; and M/V POLAR ECUADOR (IMO No. 9786774), her engines, tackle, equipment, furniture, appurtenances, etc., *in rem*,

    Defendants *et al.*

Civil Action No. 26-2222 (JNX)(CF)

**IN ADMIRALTY**

*Filed Electronically*

## ORDER GRANTING MOTION FOR ADMISSION OF
## J. STEPHEN SIMMS AND GARY C. MURPHY *PRO HAC VICE*

**THIS MATTER** having been opened to the Court by Walsh Pizzi O'Reilly Falanga LLP, counsel for Defendant/Counter-Plaintiff/Cross-Claimant Beerdy Shipping (Singapore) Pte. Ltd. ("Beerdy"), upon application for the entry of an Order admitting J. Stephen Simms and Gary C. Murphy *pro hac vice*; and Plaintiff IMTT-Bayonne LLC and Defendants A.P. Moller Singapore Pte. Ltd. And M/V POLAR ECUADOR, through counsel, having consented to said application; and the Court having considered all papers filed in support of said application; and for good cause shown,

**IT IS,** on this 15th day of June, 2026, hereby

**ORDERED** that the Beerdy's application for the *pro hac vice* admission of J. Stephen Simms and Gary C. Murphy is hereby **GRANTED**; and it is further

**ORDERED** that J. Stephen Simms and Gary C. Murphy are members in good standing of the bars to which they are admitted be permitted to appear *pro hac vice* on behalf of Beerdy in the above-captioned matter pursuant to L. Civ. R. 101.1(c); and it is further

**ORDERED** that all pleadings, briefs, and other papers filed with the Court shall be signed by Marc D. Haefner, of Walsh Pizzi O'Reilly Falanga LLP, attorney of record for Beerdy, who is admitted to the bar of this Court and shall be held responsible for said papers and for the conduct of the case, and who will be held responsible for the conduct of J. Stephen Simms and Gary C, Murphy; and it is further

**ORDERED** that J. Stephen Simms and Gary C. Murphy, shall make payment of $250.00 to the Clerk of the Court as a fee for their admission *pro hac vice*, in accordance with L. Civ. R. 101.1(c)(3), as amended, within twenty (20) days from the date of the entry of this Order; and it is further

**ORDERED** that J. Stephen Simms and Gary C. Murphy, shall pay the annual fee to the New Jersey Lawyer's Fund for Client Protection in accordance with L. Civ. R. 101.1(c)(2) and New Jersey Court Rule 1:28-2 within twenty (20) days from the date of the entry of this Order, unless previously paid for the current calendar year, and also that counsel for the moving party shall provide a copy of this Order to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:21-2(a); and it is further

**ORDERED** that J. Stephen Simms and Gary C. Murphy, shall be bound by the Rules of the U.S. District Court for the District of New Jersey, including, but not limited to, the provisions of L. Civ. R. 101.1(c), L. Civ. R. 103.1, *Judicial Ethics and Professional Responsibility*, and L. Civ. R. 104.1, Discipline of Attorneys; and it is further

**ORDERED** that J. Stephen Simms and Gary C. Murphy, may file requests for *pro hac vice* counsel to receive electronic notifications in this matter.

**SO ORDERED.**

*/s/ Cari Fais*
HON. CARI FAIS, U.S.M.J.

- 3 -