UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

IMTT-Bayonne LLC

Plaintiff(s),

v.

BEERDY SHIPPING (Singapore) Pte. Ltd., et al

Defendant(s)

**REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION**

Civil Action No. 26-cv-02222 (JNX)(CF)

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1.  An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2.  If admission was granted after March 1, 2024, the Admission Fee, in the amount of $250, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

_Marc D. Haefner_
Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

Name: Gary C. Murphy

Firm: SIMMS SHOWERS LL

Address: 201 International Circle, Suite 230

Baltimore, Maryland 21030

Email: gcmurphy@simmsshowers.com

Phone: 410-783-5795

Admitted on behalf of: Defendant

BEERDY SHIPPING (Singapore) Pte. Ltd.,