

**Three Gateway Center**
100 Mulberry Street, 15th Floor
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

**WALSH.LAW**

Marc D. Haefner
Direct Dial: (973) 757-1013
mhaefner@walsh.law

June 18, 2026

**VIA ECF**

Honorable Cari Fais, U.S.M.J.
U.S. District Court for the District of New Jersey
Marin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

> **Re:**   ***IMTT-Bayonne LLC v. BEERDY SHIPPING (Singapore) Pte. Ltd., et al.,***
> **Civil Action No.: 26-cv-02222 (JNX)(CF)**

Dear Judge Fais,

This firm, together with Simms Showers LLP, represents Beerdy Shipping (Singapore) Pte. Ltd. ("Beerdy"), in the above-referenced matter. We write to respectfully request that your Honor permit counsel from Simms Showers LLP, who have been admitted *pro hac vice*, to appear at the upcoming initial scheduling conference scheduled for next Wednesday, June 24th 12:30 p.m., without our firm appearing as local New Jersey counsel.

We will continue to be actively involved in the litigation of this matter and will continue to ensure compliance with all Local Rules. Simms Showers, as lead counsel for Beerdy, along with counsel for the other parties, drafted the Joint Discovery Plan. They are fully familiar with the case facts and prepared to address all conference agenda issues. Counsel for the other parties do not oppose this request.

If this request meets with the Court's approval, we respectfully ask that Your Honor sign and enter the proposed form of endorsement below. Thank you for Your Honor's kind attention to these matters.

Respectfully submitted,

Marc D. Haefner

cc: All Counsel (*via ECF*)

**SO ORDERED.**

_____
**Hon. Honorable Cari Fais, U.S.M.J.**